(8 Misc. Rep. 78.)

### WASSERBERG v. CUNARD STEAMSHIP CO., Limited.

(City Court of New York, General Term. April 23, 1894.)

CARRIERS—LOSS OF BAGGAGE.
> Where a carrier demands and receives extra freight for carrying a passenger's baggage, the passenger is not limited in her recovery for its loss by the provisions of her ticket.

Appeal from trial term.

Action by Rosalie Wasserberg against the Cunard Steamship Company, Limited, to recover for baggage alleged to have been lost by defendant. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before NEWBURGER, McCARTHY, and CONLAN, JJ.

Owen, Gray & Sturges, for appellant.

Max Altmayer, for respondent.

NEWBURGER, J. This action was brought to recover the value of certain baggage delivered to defendant at Liverpool for transportation to New York, and claimed to have been lost. The answer of the defendant alleges that its liability, if any, for the loss of baggage, is limited to five pounds sterling, by reason that any value in excess of that sum was not declared. From a judgment entered upon the verdict of a jury herein, and from an order denying a motion for a new trial, this appeal is taken. The plaintiff's testimony is that the defendant's agent demanded from the plaintiff five dollars for extra freight for the package, the contents of which had been disclosed to the agent, and that she paid the same, and therefore the plaintiff is not limited in her recovery by the provisions in the ticket. Glovinsky v. Steamship Co. (Com. Pl. N. Y.) 26 N. Y. Supp. 751. The judgment must therefore be affirmed, with costs. All concur.